FILED

2019 JUN 27 P 3: 42

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:19cr 189 |
| ALBERTO CORTES GOMEZ, <br> a/k/a "Galo Perez," <br> a/k/a "Diego Lopez," <br> a/k/a "Mario Perez," <br> a/k/a "Pablo Mendez," <br> a/k/a "Carlos Enrique Rivera Rivera," <br> a/k/a "Michael David Montoya Londono," <br> a/k/a "Jomar Luis Poupart Acevedo," <br> a/k/a "Lalo Martinez," <br> Defendant. | |

### Criminal Information

The United States charges that:

### Count 1
### (Conspiracy to Commit Wire Fraud)

Beginning at least in or about April 2011 and continuing thereafter through in or about June 2018, in the Eastern District of Virginia and elsewhere, defendant **Alberto Cortes Gomez** ("**Cortes**"), did unlawfully, voluntarily, intentionally, and knowingly conspire, combine, confederate, and agree together with M.P. and others known and unknown to commit wire fraud, that is: having knowingly devised and intending to devise a scheme and artifice to defraud individuals, financial institutions, retail stores, and others, and to obtain from individuals, financial institutions, retail stores, and others money and property by means of material false and fraudulent pretenses, representations, and promises, to transmit and cause to be transmitted by means of wire

1

communication in interstate commerce writings, signs, and signals for the purpose of executing the scheme and artifice, in violation of Title 18, United States Code, Section 1343.

(In violation of 18 U.S.C. § 1349.)

## Forfeiture Notice

Pursuant to Rule 32.2(a), Federal Rules of Criminal Procedure, the defendant is hereby notified that upon conviction of the offense charged in this Criminal Information, the defendant shall forfeit any property, real or personal, constituting or derived from, or traceable to, any proceeds obtained directly or indirectly from the offense. If, as a result of the defendant's acts or omissions, the proceeds of the offense or the property traceable thereto are not available, the United States may seek an order forfeiting substitute assets, including but not limited to a forfeiture money judgment in the amount of the proceeds of the offense.

(In accordance with 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p))

G. Zachary Terwilliger
United States Attorney

By: *[signature]*
Ryan S. Faulconer
Assistant United States Attorney