Prob 12A (10/16)
VAE (9/19)

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>Alberto Cortes Gomez</u>　　　　　Docket No. <u>1:19-CR-00189</u>

**Petition on Supervised Release**

　　COMES NOW <u>Eddie Lawrence</u>, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Alberto Cortes Gomez</u>, who was placed on supervision by the Honorable Anthony J. Trenga, Senior United States District Judge, sitting in the Court at <u>Alexandria</u>, Virginia, on the <u>31st</u> day of <u>January, 2020</u>, who fixed the period of supervision at <u>three (3) years</u>, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

**Please See Page 2.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**It is hereby ORDERED** that the petition, with its attachment and arrest warrant be sealed. **It is further ORDERED** the petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.

**Bond Recommendation: No Bond.**

### ORDER OF COURT

Considered and ordered this 28th day of Nov, 2023 and ordered filed and made a part of the records in the above case.

_/s/_
Anthony J. Trenga
Senior United States District Judge

Anthony J. Trenga
Senior United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 27, 2023

**Eddie Lawrence** Digitally signed by Eddie Lawrence
Date: 2023.11.27 15:09:45 -05'00'

Eddie Lawrence
U.S. Probation Officer
Phone: (703) 299-2267
Place <u>Alexandria, Virginia</u>

**TO CLERK'S OFFICE**

OFFENSE: Count One: Conspiracy to Commit Wire Fraud, Title 18 U.S.C. § 1349, a Class C felony.

SENTENCE: Eighty-seven (87) months imprisonment, followed by three (3) years' supervised release.

In addition to the Standard Conditions of Supervision, the following special conditions were imposed: 1) As a condition of supervised release, upon completion of his term of imprisonment, the defendant is to be surrendered to a duly-authorized immigration official of the Department of Homeland Security United States Immigration and Customs Enforcement for a deportation review in accordance with established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. § 1101, et seq; 2) If ordered deported, the defendant shall remain outside of the United States and not return without the express written consent of the United States Attorney General and the Secretary of the Department of Homeland Security; 3) The defendant is prohibited from engaging in any aspect of the banking business, or any similar occupation where the defendant would have access to money; 4) The defendant shall apply monies received from income tax refunds, lottery winnings, inheritances, judgements, and any anticipated or unexpected financial gains, to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer; 5) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer; 6) The defendant shall provide the probation officer access to any requested financial information; and 7) The defendant is to pay restitution totaling 1,913,044.44 due and payable immediately. Each restitution payment shall be divided proportionately among the victims identified. The remaining balance shall be paid in equal monthly payments of $200, to commence within 60 days, until paid in full.

ADJUSTMENT TO SUPERVISION:

On October 12, 2023, the defendant was released from custody at which time his three-year term of supervised release commenced.

By letter dated November 3, 2023, our office received a letter from the U.S. Probation Office in the Southern District of Florida informing our office of alleged violation conduct committed by Mr. Alberto Cortes Gomez. Specifically, the letter alleges that Mr. Gomez failed to make himself available for a home inspection and office interview. Despite repeated attempts by his supervising probation officer to establish contact with Mr. Gomez, his whereabouts remain unknown.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**STANDARD CONDITION NUMBER 2: FAILURE TO REPORT TO THE PROBATION OFFICER.**

**STANDARD CONDITION NUMBER 6: FAILURE TO NOTIFY THE PROBATION OFFICER AT LEAST TEN DAYS PRIOR TO ANY CHANGE IN RESIDENCE OR EMPLOYMENT.**

The following information is noted verbatim from a Notice of Violation letter from United States Probation Officer Lawrence Ing, Southern District of Florida:

On October 23, 2023, this officer spoke with the defendant and instructed him to report to the United States Probation Office for the initial office appointment on October 30, 2023, at 10:00 a.m.

On October 25, 2023, this officer spoke with the defendant and instructed him to report to the United States Probation Office for the initial office appointment on October 30, 2023, at 10:00 a.m. Further, this officer advised the defendant that the initial office appointment was scheduled to discuss the conditions of supervised release, as indicated in the Judgement and Commitment Order. The defendant acknowledged this officer's instructions and appointment date by stating, "No problem see you there."

On October 27, 2023, at approximately 4:53 p.m., this officer attempted to conduct the residence contact with the defendant at 9886 Hammocks Boulevard, Building No. 57, Apartment No. 106, Miami, FL 33196. However, this officer was unable to establish contact with the defendant at the residence. Further, this officer called the defendant and he apologized for not being present at the residence and allegedly left the residence several hours ago because he had a job interview. At the time, this officer advised the defendant that the residence contact will be conducted in the upcoming days, and he was also reminded of the upcoming initial office appointment at the United States Probation Office on October 30, 2023, at 10:00 a.m.

On October 30, 2023, the defendant failed to report for the scheduled office appointment at the United States Probation Office at 10:00 a.m. Further, this officer attempted to speak with the defendant and left a voicemail message and text message with instructions for the defendant to report to the office on October 30, 2023, by 1:00 p.m. To date, the defendant failed to report to the United States Probation Office on October 30, 2023, as instructed.

On October 31, 2023, this officer called the defendant but was unable to speak with the defendant. This officer subsequently left a voicemail and text message with instructions for the defendant to report to the United States Probation Office on October 31, 2023. To date, the defendant failed to report to the United States Probation Office on October 31, 2023, as instructed.

On November 1, 2023, this officer called the defendant but was unable to speak with the defendant. This officer subsequently left a voicemail and text message with instructions for the defendant to report to the United States Probation Office on November 1, 2023, by 1:00 p.m. Further, this officer informed the defendant that he previously failed to report to the United States Probation Office on October 30, 2023, and October 31, 2023. To date, the defendant failed to report to the United States Probation Office on November 1, 2023, as instructed.

On November 1, 2023, this officer spoke with defendant's family member, Clara Cortes, as indicated via the United States Bureau of Prisons' Relocation Request memo. Mrs. Cortes advised this officer that the defendant recently obtained employment as a parking attendant / valet attendant. Mrs. Cortes stated it was possible the defendant was performing work duties and was unable to contact this officer during work hours. Lastly, Mrs. Cortes provided the contact information for the defendant's employer, Mr. Dimarco at Elite Parking.

On November 1, 2023, this officer spoke with Mr. Dimarco, Elite Parking, regarding several attempts to contact the defendant for the last several days. Mr. Dimarco acknowledged that he hired the defendant on or about October 28, 2023. However, Mr. Dimarco informed this officer that the defendant failed to report to work for this entire week and the defendant has not been in communication with him or their staff members. Lastly, Mr. Dimarco confirmed the defendant's cell phone and the employment staff members also tried to contact the defendant via cell phone, but they've determined it was either disconnected and/or turned off.

On November 2, 2023, at approximately 2:24 p.m., this officer attempted to conduct a home visit at the defendant's residence located at 9886 Hammocks Boulevard, Building No. 57, Apartment No. 106, Miami, FL 33196. This officer did not establish contact with the defendant and left a business card at the residence. This officer called the defendant and left a voicemail and text messages for the defendant to report to the United States Probation Office for the office appointment and submit to a drug test on November 3, 2023.

On November 2, 2023, at approximately 7:34 p.m., this officer attempted to conduct a home visit at the defendant's residence located at 9886 Hammocks Boulevard, Building No. 57, Apartment No. 106, Miami, FL 33196. Again, this officer was unable to establish contact with the defendant at the residence. However, this officer spoke with the defendant's family member, Clara Cortes, and grandfather, Guillermo Cortes, and she advised this officer that the defendant has not resided at the residence since October 29, 2023. Mrs. Cortes advised this officer she believed that he was working at his employment site. However, this officer advised Mrs. Cortes that the defendant's employer stated the defendant has not reported to work as scheduled for the week. At this time, Mrs. Cortes stated she was not aware the defendant did not report to work, and she stated she does not know his current whereabouts. At the conclusion of the conversation, this officer provided a business card for any updates as to the defendant's whereabouts.

To date, the defendant failed to report to the United States Probation Office on November 3, 2023, as instructed. The defendant absconded from supervision and his last known approved residence was located at 9886 Hammocks Boulevard, Building No. 57, Apartment No. 106, Miami, FL 33196. The defendant's current whereabouts are unknown.

EL/be